EXHIBIT A

**AMERICAN ARBITRATION ASSOCIATION**

| | |
|---|---|
| NEW YORK YANKEES PARTNERSHIP; and <br> LEGENDS HOSPITALITY, LLC <br> *Claimant* <br> <br> v. <br> <br> WILLIAM MILLER <br> *Respondent.* | **AWARD OF ARBITRATOR** <br> <br> Case Number: 01-19-0004-1527 |

**AWARD OF ARBITRATOR**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into between the above-named parties and set forth in the Legends Suite Ticket Agreement, Legends Suite License Agreement and Legends Suite Food and Beverage Agreement – all dated March 3, 2017, and pursuant to Settlement Agreement entered into between the Parties on May 26, 2020, and having been duly sworn, and having duly heard the proofs and allegations of the Parties, do hereby, AWARD,

1. Unless otherwise defined, all capitalized terms in this AWARD shall have the meaning ascribed to such capitalized term in the Settlement Agreement.

2. In accordance with the Settlement Agreement entered into between the Parties which was submitted to Arbitrator Jay Safer on May 26, 2020 for the Arbitrator's signature of acknowledgement, the Parties have agreed and consented that this Arbitration shall, and hereby is, fully and finally resolved in favor of Claimant, as follows:

   a) Respondent shall pay to Claimant the sum of $378,108.00, which amount represents the annual fees owed and payable for the 2019 License Year under the Agreements (the "2019 Consent Award Portion");

    b) Respondent shall pay to Claimant the sum of $2,075.00, which amount represents Claimant's attorneys' fees to be borne by Respondent;

    c) Respondent shall pay to Claimant the sum of $12,096.25, which amount represents Claimant's arbitration costs and fees to be borne by Respondent; and

    d) Respondent shall execute and deliver Affidavits of Confession of Judgment for all remaining License Years pursuant to and in conformance with the Settlement Agreement.

    e) The total sum for this Award shall be $392,279.25.

3. This is in full and final settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

| July 29, 2020 | /s/ Jay G. Safer |
|---|---|
| Date | Jay G. Safer, Arbitrator |

I, Jay Safer, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

| July 29, 2020 | /s/ Jay G. Safer |
|---|---|
| Date | Jay G. Safer, Arbitrator |