THE LAW OFFICE OF
# JOHN P. TOUHEY
10 Lafayette Square ~ Suite 1602
Buffalo, New York 14203
E: john.touhey@touheylaw.com ~ Ph: (716) 427-8770

November 18, 2020

ATTN: Judge Paul G. Gardephe

Chambers
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
https://nysd.uscourts.gov/hon-paul-g-gardephe

Courtroom
40 Foley Square, Courtroom 705
Michael Ruocco, Courtroom Deputy Clerk
Phone: (212) 805-0102

RE: New York Yankees Partnership *et al* v. William Miller
Civil Action No.: 1:20-cv-05953-PGG

Dear Judge Gardephe:

I send this correspondence today on behalf of the Petitioner in the above referenced action to request a pre-motion conference for Petitioner's Motion for Summary Judgment. Respondent has previously been made aware of this request and while he has not objected, he has also not consented at this time.

The Petitioner initiated this action to confirm an Arbitration Award for money damages in favor of the Petitioner and against the Respondent which Award was granted by consent of the Parties on July 29, 2020. Respondent was personally served with the summons and papers in this action on September 24, 2020 and has not answered or otherwise appeared in this matter to date. Respondent's time to answer has expired. Petitioner wishes to move this court for an order granting summary judgment in favor of Petitioner because there is no genuine dispute as to any material fact and the Petitioner is entitled to judgment as a matter of law and confirmation of the arbitration award.

Very truly yours,

John P. Touhey, Esq.

Cc: William Miller *(via Email to: wjnmiller@me.com)*