THE LAW OFFICE OF
**JOHN P. TOUHEY**
10 Lafayette Square ~ Suite 1602
Buffalo, New York 14203
E: john.touhey@touheylaw.com ~ Ph: (716) 427-8770

December 15, 2020

ATTN:  Judge Paul G. Gardephe

Chambers
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
https://nysd.uscourts.gov/hon-paul-g-gardephe

Courtroom
40 Foley Square, Courtroom 705
Michael Ruocco, Courtroom Deputy Clerk
Phone: (212) 805-0102

RE:   New York Yankees Partnership *et al* v. William Miller
       Civil Action No.:  1:20-cv-05953-PGG

Dear Judge Gardephe:

I send this correspondence today on behalf of the Petitioner in the above referenced action to request an updated briefing schedule for petitioner's motion for summary judgment.  The Court's previous Memo Endorsement (filed document number 13) sent an email alert into my "spam" folder and I am only now seeing this Memo and scheduling order.  I have adjusted this problem with my IT team and it should not happen again.

Thank you for your consideration.

Very truly yours,

John P. Touhey, Esq.

Cc:   William Miller *(via Email to: wjnmiller@me.com)*