THE LAW OFFICE OF
# JOHN P. TOUHEY
10 Lafayette Square ~ Suite 1602
Buffalo, New York 14203
E: john.touhey@touheylaw.com ~ Ph: (716) 427-8770

March 23, 2021

ATTN:  Judge Paul G. Gardephe

Chambers
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007
Phone: (212) 805-0224
https://nysd.uscourts.gov/hon-paul-g-gardephe

Courtroom
40 Foley Square, Courtroom 705
Michael Ruocco, Courtroom Deputy Clerk
Phone: (212) 805-0102

RE:   New York Yankees Partnership *et al* v. William Miller
      Civil Action No.:  1:20-cv-05953-PGG

Dear Judge Gardephe:

I send this correspondence today on behalf of the Petitioner in the above referenced action in accordance with Individual Rules of Practice of Judge Paul G. Gardephe (Civil Cases), Rule IV (H), "Failure of the Court to Schedule Argument or Decide a Motion."  On December 16, 2020, Petitioner motioned the court for Summary Judgment of Petition to Confirm Arbitration in this action.  Upon due service, Respondent has not responded and the time to respond has expired.  90 days have passed and the motion has not been decided.

Thank you, please advise.

Very truly yours,

John P. Touhey, Esq.

Cc:   William Miller *(via Email to: wjnmiller@me.com)*