UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEW YORK YANKEES PARTNERSHIP and
LEGENDS HOSPITALITY, LLC,

                Petitioners,                20 **CIVIL** 5953 (PGG)

    -against-                        **JUDGMENT**

WILLIAM MILLER,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 9, 2021, the Petition to confirm the award is granted; the arbitration award in the amount of $392,279.25 is confirmed; accordingly, this case is closed.

**Dated**: New York, New York
       August 10, 2021

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**

                       BY: _____
                                    **Deputy Clerk**